**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:01-cr-00129-LRH-VPC |
| | ) | 3:05-cv-00120-DWH-RAM |
| Plaintiff, | ) | 3:01-cr-00188-LRH |
| | ) | |
| vs. | ) | **MINUTES OF THE COURT** |
| | ) | |
| GRISELDO ORTIZ-MONROY, | ) | January 11, 2008 |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:    THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:    NONE APPEARING        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Government's Application for Extension of Time (First Request) (#178) requesting an extension of time, up to and including March 10, 2008, within which to file its response to Defendant's 28 U.S.C. § 2255 Petition. The Government's motion (#178) is **GRANTED**.

The Government shall have up to and including March 10, 2008, in which to file its response to Defendant's 28 U.S.C. § 2255 Petition (#154 in 3:01-cr-129 and #29 in 3:01-cr-188). Defendant GRISELDO ORTIZ-MONROY shall then have thirty (30) days in which to file and serve reply points and authorities in each case.

LANCE S. WILSON, CLERK

By:       /s/
           Deputy Clerk