**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:01-cr-00129-LRH-VPC |
|  | ) | 3:05-cv-00120-DWH-RAM |
| Plaintiff, | ) | 3:01-cr-00188-LRH |
|  | ) |  |
| vs. | ) | **MINUTES OF THE COURT** |
|  | ) |  |
| GRISELDO ORTIZ-MONROY, | ) | January 18, 2008 |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Before the court is Government's Application for Order Deeming Attorney Client Privilege Waived (#177) requesting that the attorney-client privilege in Case Nos. 3:01-cr-00129-LRH (VPC) and 3:01-cr-00188-LRH (VPC) shall be deemed waived and that defense counsel George P. Trejo, Jr., Esq. shall forthwith provide the government with an affidavit containing all materials and information relating to matters put at issue in the defendant's § 2225 petition (#154 in 3:01-cr-129 and #29 in 3:01-cr-188).   Good cause appearing,

　　Government's Application for Order Deeming Attorney Client Privilege Waived (#177) is GRANTED.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　　　　　　　　　By:　　　　　/s/　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk